**Bonnie ERLINGER, Appellant,**

v.

**Connie INMAN, Respondent.**

**No. ED 76570.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 21, 2000.

Rick Barry, Gregory Kloeppel, Law Offices of Rick Barry, St. Louis, for appellant.

James A. Bingley, St. Louis, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Plaintiff appeals the trial court's decision sustaining Defendant's Motion to Dismiss for lack of subject matter jurisdiction. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).